AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **JONPAUL MARCEL NADEAU**<br>*Plaintiff(s)*<br><br>v.<br><br>**SUSANA BRAUN and COLDWELL BANKER RESIDENTIAL REAL ESTATE LLC dba COLDWELL BANKER REALTY**<br>*Defendant(s)* | Civil Action No. 1:24-cv-20969-PCH |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Susana Braun
200 Galen Drive
Apartment 103
Key Biscayne, FL 33149

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ W. Cendejas
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

UNITED STATES DISTRICT COURT
for the
Southern District of Florida

**JONPAUL MARCEL NADEAU**
*Plaintiff(s)*

v.  Civil Action No.1:24-cv-20969-PCH

**SUSANA BRAUN and COLDWELL BANKER RESIDENTIAL REAL ESTATE LLC dba COLDWELL BANKER REALTY**
*Defendant(s)*

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Coldwell Banker Residential Real Estate LLC dba Coldwell Banker Realty
Please Serve Registered Agent:
Corporation Service Company
1201 Hays Street, Tallahassee
Florida 32301-2525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Marian V. Quintero
marian.quintero@sriplaw.com
SRIPLAW, P.A.
21301 Powerline Road, Suite 100
Boca Raton, FL 33433
Phone: 561.404.4350

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 13, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ W. Cendejas
Deputy Clerk
U.S. District Courts